UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
OSCAR RAMIREZ, JAVIER GUERRERO,　　　　　　　　　Case No. 14-cv-4030
GERONIMO HERCULANO, PABLO RUTILIO,
MAGGIE ANDRES CRECENCIO, GUILLERMO ALVAREZ,
JUANA CRUZ HERNANDEZ, LEONIDAS MATEO,
ANYELI OVALLES HERNANDEZ, MIRNA REYES
MARTINEZ, RAMON ROSARIO, OMAR TAVERAS, and　　**NOTICE OF APPEARANCE**
LUIS ESPINAL, and JUAN SALMERON

on behalf of themselves, and those similarly situated,

　　　　　Plaintiffs,
v.

M L RESTAURANT, CORP., M.L. SAN JOSE
ENTERPRISES CORP., d/b/a LIBERATO RESTAURANT,
ANTONIO MANUEL LIBERATO, FERNANDO
LIBERATO, VICTOR LIBERATO, NELSON GOMEZ,
LUCY GOMEZ, SARAH VALLEJO, NANA (LNU), and
ROMEO (LNU) jointly and severally,

　　　　　Defendants.
------------------------------------------------------------------------X

　　**PLEASE TAKE NOTICE** that, SANJAY V. NAIR, ESQ. is admitted to this Court and hereby appears as counsel to Defendants ML Restaurant Corp., M.L. San Jose Enterprises Corp. d/b/a Liberato Restaurant, Manuel Antonio Liberato (s/h/a "Antonio Manuel Liberato"), Rafael Liberato (s/h/a "Fernando Liberato") Victor Liberato, Nelson Gomez, Lucila Gomez (s/h/a as "Lucy Gomez"), Sarah Vallejo, Sixta Rosaura Gomez (s/h/a "Nana (LNU)"), and Cesar Gomez Azcona (s/h/a "Romeo (LNU)"), in connection with the above-captioned action. Please forward all future correspondence and litigation documents to the attention of the undersigned.

Dated:　　Woodbury, New York
　　　　　July 16, 2014

　　　　　　　　　　　　　　　　　　　　KAUFMAN DOLOWICH & VOLUCK, LLP

　　　　　　　　　　　　　　　　　　　　By:　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Sanjay V. Nair, Esq.

        135 Crossways Park Drive, Suite 201
        Woodbury, New York 11797
        (516) 681-1100
        snair@kdvlaw.com
        *Attorneys for Defendants*

CC: Jeanne Ellen Mirer (*via ECF*)
   Law Offices of Jeanne E. Mirer, PLLC
   1700 Broadway, 21st Fl.
   New York, NY 10003
   (212) 231-2235
   jeanne@jmirerlaw.com
   *Attorney for Plaintiffs*

4838-0105-7052, v. 1