

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

JEFFERY A. MEYER, ESQ.
jmeyer@kdvlaw.com
Direct Dial – (516) 283-8707



**MEMO ENDORSED**

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

October 14, 2014

**VIA ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2014
```

      Re:   *Oscar Ramirez, et al v. M L Restaurant Corp., et al*
             14-cv-4030 (VEC)

Dear Judge Caproni,

      This law office has formerly represented Defendants ML Restaurant Corp., M.L. San Jose Enterprises Corp. d/b/a Liberato Restaurant, Manuel Antonio Liberato (s/h/a "Antonio Manuel Liberato"), Rafael Liberato (s/h/a "Fernando Liberato") Victor Liberato, Nelson Gomez, Lucila Gomez (s/h/a as "Lucy Gomez"), Sarah Vallejo, Sixta Rosaura Gomez (s/h/a "Nana (LNU)"), and Cesar Gomez Azcona (s/h/a "Romeo (LNU)") (hereinafter and collectively, "Defendants") in the above-referenced action. We write to advise the Court that our attorney-client relationships have been severed and that we are no longer serving as counsel to all Defendants due to irreconcilable, impaired communications with our clients. Accordingly, we herein request pursuant to Local Civil Rules 1.4 and 1.9 that I and Sanjay V. Nair, an Associate in this law office[1], be permitted to withdraw and be terminated as counsel of record for the Defendants in this action.

      This law office is not asserting a retaining lien against Defendants' files. Please note that lead counsel for Defendants <u>Martin E. Restituyo, Esq. and Argilio Rodriguez, Esq. remain attorneys of record for the Defendants in this action</u> and the related action *Grullon v. Liberato*, 13-cv-07249, also pending before Your Honor. We do not anticipate my withdrawal nor the withdrawal of Mr. Nair to adversely affect any deadlines in the briefing schedule for Plaintiffs' motion to certify their collective action, Defendants' Response to the Third Amended Complaint [D.E. 60], the scheduled Show Cause Hearing at 1:00 PM on October 14, 2014, or the scheduled December 5, 2014 Status Conference. No discovery has taken place yet. Our withdrawals under the circumstances and at this time present no prejudice to Plaintiffs, Defendants, or Messrs. Restituyo and Rodriguez.

---

[1] I believe Mr. Nair's ECF information may still be erroneously showing him as a member of another law firm which he recently left. He has been made aware of this issue and is currently updating all other cases he is assigned to in the district to reflect his new employment with my firm.

We thank the Court for its time and attention to this application.

Respectfully submitted,

Kaufman Dolowich & Voluck, LLP

By: _____
Jeffery A. Meyer, Esq.

By: _____
Sanjay V. Nair, Esq.

CC:   All Counsel of Record (*via ECF*)

Manuel Antonio Liberato
c/o Liberato Restaurant
1 West 183rd Street
Bronx, New York 10453

Rafael Liberato
c/o Liberato Restaurant
1 West 183rd Street
Bronx, New York 10453

Victor Liberato
c/o Liberato Restaurant
1 West 183rd Street
Bronx, New York 10453

Lucila Gomez
c/o Liberato Restaurant
1 West 183rd Street
Bronx, New York 10453

Sarah Vallejo
c/o Liberato Restaurant
1 West 183rd Street

```
The Clerk of the Court is directed to
terminate Jeffery A. Meyer and Sanjay V.
Nair as attorneys of record in this action
and to remove them from the docket.
```

SO ORDERED.

_____
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Date: October 14, 2014