

**LAW OFFICES OF
JEANNE E. MIRER, PLLC**

1700 BROADWAY, 21ST FLOOR
NEW YORK, NEW YORK 10019-5905

TELEPHONE: (212) 231-2235
FACSIMILE: (212) 765-8954

E-MAIL: jeanne@jmirerlaw.com
INTERNET: www.jmirerlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2014

October 29, 2014

**VIA ECF**

Hon. Valerie E. Caproni
US District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:  Request to Withdraw Plaintiffs' Order to Show Cause for Temporary Restraining Order and Preliminary Injunction
            Index No. 14 -cv- 4030

Dear Judge Caproni:

I write in reference to the Order to Show Cause for Temporary Restraining Order and Preliminary Injunction filed on October 9, 2014 (document #61) and heard by your Honor on October 14, 2014.

As your Honor is aware, at the hearing I reached an agreement with opposing counsel with respect to the restoration of the work schedules of my clients Maggie Andres Crescencio and Anyeli Ovalles Hernandez. At that time we had yet to resolve the schedule cuts raised in our motion with respect to plaintiff Javier Guerrero. Opposing counsel and I have since reached an agreement with regard to Mr. Guerrero's hours of work and accordingly we request that the court withdraw our pending Order to Show Cause for Temporary Restraining Order and Preliminary Injunction.

Thank you for your attention to these matters

JEANNE E. MIRER, PLLC

                                               Respectfully submitted,

                                               Law Offices of Jeanne E. Mirer, PLLC
                                               By Jeanne E. Mirer
                                               1700 Broadway, 21st Flr.
                                               New York, NY 10019-5905
                                               (212) 231-2235
                                               *Attorney for Plaintiffs*

Martin Restituyo
Law Offices of Martin E. Restituyo, P.C.
1345 Avenue of the Americas, 2nd Floor
New York, NY 10105
Tel: 212-729-7900 | Fax: 212-729-7490
Email: restituyo@restituyolaw.com
*Attorney for Defendants*

Argilio Rodriguez, Esq.
Rodriguez Law, P.C.
304 Park Avenue South, 11th Floor
New York, NY 10010
Direct Line: (212) 960-3305 | Fax: (917) 210-2934
Email: argilio@lawrodriguez.com
*Attorney for Defendants*

APPLICATION GRANTED; the Order to Show Cause is no longer pending. Although the Court recognizes that there is no live motion for a preliminary injunction, Plaintiffs and Defendants are instructed to file on ECF the briefs that have been previously submitted to the Court.

                         SO ORDERED.

                         HON. VALERIE CAPRONI
                         UNITED STATES DISTRICT JUDGE

                         Date: November 5, 2014