```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
OSCAR RAMIREZ, JAVIER GUERRERO, :
GERONIMO HERCULANO, PABLO RUTILIO, :
MAGGIE ANDRES CRECENCIO, :
GUILLERMO ALVAREZ, JUANA CRUZ : 14–CV-4030 (VEC)
HERNANDEZ, LEONIDAS MATEO, ANYELI :
OVALLES HERNANDEZ, MIRNA REYES : ORDER
MARTINEZ, RAMON ROSARIO, OMAR :
TAVERAS, LUIS ESPINAL, and JUAN :
SALMERON, on behalf of themselves and those :
similarly situated, :
 :
 :
                                    Plaintiffs, :
 :
            -against- :
 :
M L RESTAURANT, CORP., M.L. SAN JOSE :
ENTERPRISES, CORP., d/b/a Liberato :
Restaurant, ANTONIO MANUEL LIBERATO, :
FERNANDO LIBERATO, VICTOR :
LIBERATO, NELSON GOMEZ, LUCY :
GOMEZ, SARAH VALLEJO, NANA (LNU), :
and ROMEO (LNU), jointly and severally, :
 :
                                    Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

Pursuant to the April 3, 2015 conference, IT IS HEREBY ORDERED that:

1. Defendants' Motion to Disqualify Ms. Mirer is denied. The Clerk of the Court is respectfully directed to terminate Dkt. 103.

2. As to the putative collective members for whom Defendants have current mailing addresses, Defendants shall provide the addresses to Plaintiffs no later than 3:00 p.m. on Monday, April 6, 2015.

3. As to the putative collective members for whom the parties have current phone numbers but no mailing addresses:

    a. Plaintiffs shall transmit a script to the Defendants no later than 10:00 a.m. on Monday, April 6, 2015, to be used in obtaining current mailing addresses.

    b. Defense counsel's assistant shall contact these putative collective members and, using the script, attempt to obtain current mailing addresses.

    c. By close of business Wednesday, April 8, 2015, Defendants are directed to provide any addresses obtained to the Plaintiffs.

    d. Defendants are directed to report to the Court on Friday, April 10, 2015, regarding the results of their efforts to obtain addresses for individuals as to whom the parties have telephone numbers but not addresses, whether currently known or identified pursuant to the procedures in paragraph 4 below.

4. As to the putative collective members for whom neither party currently has contact information:

    a. Plaintiffs Maggie Andres Crecencio, Mirna Reyes Martinez, Omar Taveras, and Javier Guerrero may seek, through individuals likely to know, telephone numbers or addresses of such individuals.

    b. As soon as Plaintiffs have secured telephone numbers for any such individuals, Plaintiffs are directed to provide such telephone numbers to Defendants, who will

      then contact the putative collective members pursuant to the procedures in Paragraph 3.

   c. If the efforts of Plaintiffs in accordance with paragraph 4(a) generate mailing addresses for the putative collective members, Plaintiffs may proceed to mail them notice of the collective action.

   d. Plaintiffs are directed to report to the Court on Friday, April 10, 2015, regarding the success of their efforts to obtain contact information for all putative collective members for whom neither party currently has contact information.

5. These procedures shall be followed for the fifty individuals discussed at the April 3, 2015 conference, without prejudice to the Defendants' ability to contest a putative plaintiff's claim that he worked at the restaurant during the class period.

**SO ORDERED.**

Date: April 3, 2015
New York, NY

**VALERIE CAPRONI**
**United States District Judge**