UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR RAMIREZ, JAVIER GUERRERO, GERONIMO HERCULANO, PABLO RUTILIO, MAGGIE ANDRES CRECENCIO, GUILLERMO ALVAREZ, JUANA CRUZ HERNANDEZ, LEONIDAS MATEO, ANYELI OVALLES HERNANDEZ, MIRNA REYES MARTINEZ, RAMON ROSARIO, OMAR TAVERAS, LUIS ESPINAL, JUAN SALMERON, ERASMO DIAZ, JULIO RODRIGUEZ JACINTO POLANCO, RAUL GUILLEN ROSA, JOSE DANIEL RAMOS, VICTORIANO DE OLEO, FRANCISCA PENA, FELIX MANUEL BAUTISTA and SIMON GRULLON,

Plaintiffs,

-against-

M L RESTAURANT CORP., M.L. SAN JOSE ENTERPRISES, CORP., d/b/a LIBERATO RESTAURANT, MANUEL ANTONIO LIBERATO jointly and severally,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/24/2020

Civil Action No. 14-cv-4030

Civil Action No. 13-cv-7249

NOTICE OF MOTION TO STAY THE DEFAULT PROVISIONS OF THE SETTLEMENT AGREEMENT

**MEMO ENDORSED**

### NOTICE OF MOTION TO STAY THE DEFAULT PROVISIONS OF THE SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE, that pursuant the Court's Order dated October 7, 2015 [DKT #183][1], and upon the Affirmation of Martin E. Restituyo, Affidavit of Manuel Liberato, and the Memorandum of Law in Support, Manuel Antonio Liberato, M L Restaurant Corp., and M.L. San Jose Enterprises Corp., will move this Court before the Honorable Valerie Caproni, District Court Judge, for the Southern District of New York, located at 40 Foley Square, New York, NY 10007 on September 25, 2020, or at the earliest date and time available to this Court so that counsel may be heard for an Order granting Defendants' motion to stay the default provisions of the settlement agreement.

---

[1] In an order dated October 7, 2015, this Court stated that it will retain jurisdiction over this action to enforce the terms of the settlement agreement entered into by the parties in the above-captioned matter on October 6, 2015.

Dated: New York, New York
August 21, 2020

By: Martin E. Restituyo, Esq.
Law Offices of Martin Restituyo, P.C.
1345 Avenue of the Americas, 33rd Floor
New York, New York 10105
(212) 729-7900

Attorneys for Defendants

To: Jeanne Mirer, Esq.
Mirer, Mazzicchi, Schalet, & Julian, PLLC
150 Broadway, Suite 1200
New York, New York 10038
(212)231-2235

Attorneys for Plaintiffs

Robert Louis Kraselnik
Law Offices of Robert L. Kraselnik
261 Madison Avenue 9th Floor
New York, NY 10016
(646)-342-2019

Attorneys for Plaintiffs

---

By separate order, the parties are referred to Magistrate Judge Cave for a settlement conference. Defendants inexplicably filed their memorandum of law (Dkt. 233) under seal. No later than **August 25, 2020**, Defendants are directed to file the memorandum publicly.

SO ORDERED.

Date: 08/24/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE