UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
OSCAR RAMIREZ, JAVIER GUERRERO, :
GERONIMO HERCULANO, PABLO RUTILIO, :
MAGGIE ANDRES CRECENCIO, :
GUILLERMO ALVAREZ, JUANA CRUZ :
HERNANDEZ, LEONIDAS MATEO, ANYELI :
OVALLES HERNANDEZ, MIRNA REYES :
MARTINEZ, RAMON ROSARIO, OMAR :
TAVERAS, LUIS ESPINAL, and JUAN :
SALMERON, on behalf of themselves and those :
similarly situated, :
:
Plaintiffs, :
:
-against- :
:
M L RESTAURANT, CORP., M.L. SAN JOSE :
ENTERPRISES, CORP., d/b/a Liberato :
Restaurant, ANTONIO MANUEL LIBERATO, :
and NELSON GOMEZ, jointly and severally, :
:
Defendants. :
-------------------------------------------------------------- X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 1/14/2021 |

14–CV-4030 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS on August 21, 2020, Defendants moved to stay the default provisions of the settlement agreement (Dkt. 230);

  WHEREAS on August 24, 2020, the Court referred the parties to Magistrate Judge Cave for a settlement conference (Dkt. 235);

  WHEREAS the parties were unable to resolve this dispute;

  IT IS HEREBY ORDERED THAT:  No later than **February 1, 2021**, the parties must submit a joint letter detailing the status of this dispute.  If Defendants intend to pursue their motion to stay, the joint letter should propose a briefing schedule for Plaintiffs' opposition and Defendants' reply briefs.

**SO ORDERED.**

Date:  January 14, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**

2