```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
OSCAR RAMIREZ, JAVIER GUERRERO, :
GERONIMO HERCULANO, PABLO RUTILIO, :
MAGGIE ANDRES CRECENCIO, :
GUILLERMO ALVAREZ, JUANA CRUZ : 14–CV-4030 (VEC)
HERNANDEZ, LEONIDAS MATEO, ANYELI :
OVALLES HERNANDEZ, MIRNA REYES : ORDER
MARTINEZ, RAMON ROSARIO, OMAR :
TAVERAS, LUIS ESPINAL, and JUAN :
SALMERON, on behalf of themselves and those :
similarly situated, :
 :
Plaintiffs, :
 :
             -against- :
 :
M L RESTAURANT, CORP., M.L. SAN JOSE :
ENTERPRISES, CORP., d/b/a Liberato :
Restaurant, ANTONIO MANUEL LIBERATO, :
and NELSON GOMEZ, jointly and severally, :
 :
Defendants. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 21, 2020, Defendants moved to stay the default provisions of the settlement agreement (Dkt. 230);

       WHEREAS on February 26, 2021, Plaintiffs opposed Defendants' motion (Dkt. 248);

       WHEREAS Defendants' reply is due on March 12, 2021;

       IT IS HEREBY ORDERED THAT: A hearing on Defendants' motion will be held on **March 15, 2021 at 2:00 p.m.** The parties must appear for the hearing by dialing 888-363-4749, using the access code 3121171, and the security code 4030; and

IT IS FURTHER ORDERED THAT in advance of the hearing, the parties must meet and confer regarding the Burnside location (e.g., are rent payments current; did insurance cover some or all of the damage to the restaurant; are there plans to reopen and, if so, when).

**SO ORDERED.**

Date:  March 1, 2021
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**