USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X
OSCAR RAMIREZ, JAVIER GUERRERO,          :
GERONIMO HERCULANO, PABLO RUTILIO,:
MAGGIE ANDRES CRECENCIO,                 :
GUILLERMO ALVAREZ, JUANA CRUZ            :          14–CV-4030 (VEC)
HERNANDEZ, LEONIDAS MATEO, ANYELI :
OVALLES HERNANDEZ, MIRNA REYES           :          ORDER
MARTINEZ, RAMON ROSARIO, OMAR            :
TAVERAS, LUIS ESPINAL, and JUAN          :
SALMERON, on behalf of themselves and those :
similarly situated,                      :
                                         :
Plaintiffs,                              :
                                         :
                -against-                :
                                         :
M L RESTAURANT, CORP., M.L. SAN JOSE     :
ENTERPRISES, CORP., d/b/a Liberato       :
Restaurant, ANTONIO MANUEL LIBERATO,     :
and NELSON GOMEZ, jointly and severally, :
                                         :
Defendants.                              :
--------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a hearing on Defendants' motion to stay the default provisions of the

settlement agreement was held on March 22, 2021 (Dkt. 230);

WHEREAS a new settlement agreement was reached by the parties;

IT IS HEREBY ORDERED THAT:  Defendants' motion is dismissed as moot.


SO ORDERED.

Date:  March 22, 2021            VALERIE CAPRONI
       New York, NY              United States District Judge